United States District Court
Southern District of Texas
**ENTERED**
June 27, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | |
| *versus* | | Criminal Case 5:19–cr–00838 |
| Jose Roberto Guerra–Carbajal | | |

### ORDER ON WAIVER OF ARRAIGNMENT

Based on the affirmations contained in the Defendant's Written Waiver of Arraignment, the Court HEREBY accepts Defendant's waiver, excuses his attendance at the arraignment scheduled in this case, and ORDERS that this case be removed from the list of arraignments scheduled before the court.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

Date of order: June 27, 2019